**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 101 WAL 2023

           Respondent        :

                                    :   Petition for Allowance of Appeal

                                    :   from the Order of the Superior Court

           v.                     :

                                    :

JASON MICHAEL FRAZIER,           :

           Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 13th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.